NUMBER 13-05-616-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

LILLIAN CHAMPION,                                                                    Appellant,

 

                                           v.

 

MARTIN
ZAPATA,                                                     Appellee.

___________________________________________________________________

 

                On appeal from County
Court at Law No. 2 

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before Justices
Hinojosa, Yañez, and Rodriguez

Memorandum
Opinion Per Curiam

 








Appellant, LILLIAN
CHAMPION, perfected an appeal from a judgment entered by the County
Court at Law No. 2 of Cameron County, Texas, in cause number
2004-CCL-893-B.  After
the notice of appeal was filed, appellant filed a motion to dismiss the
appeal.  In the motion, appellant states
that this case has been resolved and appellant no longer wishes to prosecute
this appeal.  Appellant requests that
this Court dismiss the appeal and that all costs be borne by the party
incurring same.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 27th day of October, 2005.